# UNITED STATES DISTRICT COURT
# DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA　　　　　　Magistrate Case No. **14-9364**

　　　v.

　　　　　　　　　　　　　　　　　　　　　　　　**ORDER**

**Ediumila Verdecia-Millet**

　　　The financial ability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

　　　IT IS on this **18th** day of **December**, 2014

　　　ORDERED that the Office of the Federal Public Defender for the District of New Jersey is hereby appointed to represent said defendant in this cause until further Order of the Court.

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　HONORABLE ANTHONY R. MAUTONE
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

FA